UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**In the matter of JOANNE BENNETT, Executor of the ESTATE OF LONNIE BENNETT, as owner of the M/V UNNAMED, a 1992 Gibson Houseboat 47, for Exoneration from or Limitation of Liability**

<u>*Electronically Filed*</u>
CASE NO. 3:23-cv-210-CHB

IN ADMIRALTY

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

GEICO Marine Insurance Company, by and through its attorneys, states pursuant to Fed.R.Civ.P. 7.1 that GEICO Marine Insurance Company is owned by Boat America Corporation, which in turn is owned by GEICO Corporation. GEICO Corporation is owned by National Indemnity Company, which is owned by Berkshire Hathaway Inc. Berkshire Hathaway Inc. is the only publicly-traded company in the group.

Respectfully submitted,

FROST BROWN TODD LLC

<u>/s/ Steve Crawford</u>
Gene F. Price
Steve Crawford
400 West Market Street, 32nd Floor
Louisville, KY 40202-3363
T: (502) 589-5400
F: (502) 581-1087
gprice@fbtlaw.com
*Counsel for Claimants*
*Geico Marine Insurance*

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing has been served on the 16th day of June 2023 via the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

Melissa Thompson Richardson
771 Corporate Drive, Suite 900
Lexington, Kentucky 40503
Telephone: (859) 219-9090
Facsimile: (859) 219-9292
Email: melissa@waltersrichardson.com

AND

David S. Smith, Esq. (BBO No. 634865)
Farrell Smith O'Connell Aarsheim Aprans, LLP
27 Congress Street, Suite 109
Salem, MA 01970
Telephone: (978) 744-8918
Facsimile: (978) 666-0383
Email: dsmith@fsofirm.com
*Co-Counsel For Plaintiff,*
*Joanna Bennett, Executrix of the*
*Estate of Lonnie Bennett, as Owner*
*Of the M/V unnamed, a 1992 Gibson Houseboat 47*

                                                                                          */s/ Steve Crawford*
                                                                                          *Counsel for Claimants,*
                                                                                          *GEICO Marine Insurance*

0153659.0769962   4868-6910-3210v1